# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: JOHN C. & SHARON M. CHURBY
Case Number: 17-22967-JAD    Chapter: 13
Date / Time / Room: THURSDAY, JANUARY 25, 2018 11:00 AM    3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

FILED
1/26/18 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#2 - Final Confirmation of Plan Dated 7/11/2017 (NFC)
R / M #: 2 / 0

### *Appearances:*

Debtor: White
Trustee: Winnecour / Pail / Katz
Creditor:

*Cont for Debtors to review plan & determine reason for plan arrears*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __3/29/18__ at __10:30 AM__

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/22/2018    9:11:36AM