File No.: 9110-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| John C. Churby, | : | Case No.  17- 22967 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
<u>NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

I, Daniel R. White, Attorney for Debtors, certify that on March 27, 2018, I served a copy of the Court's March 26, 2018, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Laurel Aggregates of Delaware, LLC, 200 Lakewood Center, Morgantown, WV 26508.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: March 27, 2018

                                      ZEBLEY MEHALOV & WHITE, P.C.
                                      BY

                                      /s/ Daniel R. White
                                          Daniel R. White
                                          PA I.D. No. 78718
                                          P.O. Box 2123
                                          Uniontown, PA 15401
                                          724-439-9200
                                          Email: dwhite@Zeblaw.com
                                          Attorneys for Debtors