File No.: 9110-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| John C. Churby, | : | Case No.  17-22967 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 29 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
<u>NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

I, Daniel R. White, Attorney for Debtors, certify that on March 27, 2018, I served a copy of the Court's March 26, 2018, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Johnson Matthey, 456 Devon Park Drive, Wayne, PA 19087.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: March 27, 2018

                                                ZEBLEY MEHALOV & WHITE, P.C.
                                                BY

                                                /s/ Daniel R. White
                                                     Daniel R. White
                                                     PA I.D. No. 78718
                                                     P.O. Box 2123
                                                     Uniontown, PA 15401
                                                     724-439-9200
                                                     Email: dwhite@Zeblaw.com
                                                     Attorneys for Debtors