File No.: 9910-002

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 17-22967 JAD |
| | : | |
| John C. Churby and Sharon M. Churby, | : | Chapter 13 |
| | : | |
|    Debtors. | : | Document No. |
| | : | |
| Sharon M. Churby, | : | Related to Document No. |
| | : | |
|    Movant, | : | Hearing Date and Time: February 7, 2020, at 11:00 a.m. |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the motion to employ special counsel filed on January 9, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion to approve employment of special counsel appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than January 27, 2020.

    It is hereby respectfully requested that the Order attached to the motion to approve special counsel be entered by the Court.

Dated: January 28, 2020

                                          ZEBLEY MEHALOV & WHITE, P.C.
                                          By:

                                          /s/ Daniel R. White
                                                Daniel R. White
                                                PA I.D. No. 78718
                                                P.O. Box 2123
                                                Uniontown, PA 15401
                                                724-439-9200
                                                Attorney for Debtors