IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 17-22967 JAD |
| | : | |
| John C. Churby and Sharon M. Churby, | : | Chapter 13 |
| | : | |
| Debtors, | : | Document No. 57 |
| | : | |
| John C. Churby and Sharon M. Churby, | : | FILED |
| | : | 2/22/21 3:25 pm |
| Movants, | : | CLERK |
| | : | U.S. BANKRUPTCY |
| vs. | : | COURT - WDPA |
| | : | |
| No Respondents. | : | |

CONSENT ORDER TO APPROVE POST
PETITION AUTOMOBILE FINANCING

AND NOW COME the Debtors, John C. Churby and Sharon M. Churby, by their counsel, Zebley Mehalov & White, P.C. and Daniel R. White, Esquire, and Chapter 13 Trustee, Ronda J. Winnecour, by her counsel, Kate DeSimone, and files the within Consent Order to Approve Post Petition Automobile Financing representing as follows:

1. This Consent Order is being sought on an emergency basis as Debtor/Husband's work vehicle, a 1998 Ford Ranger, has become inoperable and unsafe to drive. This vehicle is necessary to travel to Debtor/Husband's employment.

2. Movants are the Debtors in this Chapter 13 Bankruptcy proceeding having filed a Voluntary Chapter 13 petition on July 21, 2017.

3. The Debtors have a confirmed Chapter 13 plan which provides for a 100% distribution to unsecured creditors with a plan payment of $3,140.00 per month.

4. The Debtors have paid the Trustee over $115,000.00 to date, and payments are being remitted to the Chapter 13 Trustee by wage attachment by Debtors. Debtors are in month 42 of a 60 month plan and their plan payments are current.

5. The Debtor is seeking secured financing in order to purchase an automobile to replace Debtor/Husband's 1998 Ford Ranger.

Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Debtors' *Motion* is **GRANTED** as provided by the terms of this *Order*. Debtors are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

      (a)    the total amount of financing shall not exceed $25,000.00 and interest rate should not exceed 20%; and

      (b)    the monthly payments made under the financing agreement **shall not exceed** $500.00/per month.

2. To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

      (a)    an amended chapter 13 plan; and

      (b)    a report of financing.

3. To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Pending confirmation of any amended plan providing for the new postpetition loan payments, the trustee is authorized to make monthly adequate protection payments to the POSTPETITION AUTOMOBILE LENDER for the contract amount so long as sufficient supplemental funds are provided by Debtors.

5. Notwithstanding the inclusion of the postpetition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the POSTPETITION AUTOMOBILE LENDER.

6. Debtors shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
Telephone: 724-439-9200
Facsimile: 724-439-8435
Attorney for Debtors
Email: dwhite@Zeblaw.com

OFFICE OF THE CHAPTER 13 TRUSTEE

/s/ Kate DeSimone
Kate DeSimone, Esquire
U.S. Steel Tower-Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
Counsel for Chapter 13 Trustee

Prepared by: Daniel R. White, Esquire

Dated: February  22   , 2021

_____ jsf
Honorable Jeffery A. Deller
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22967-JAD |
| John C. Churby | Chapter 13 |
| Sharon M. Churby | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Feb 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C. Churby, Sharon M. Churby, 7 Mountainside Way, Smithfield, PA 15478-1204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com |
| Daniel R. White | on behalf of Joint Debtor Sharon M. Churby sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |

| District/off: 0315-2 | User: culy | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Daniel R. White
    on behalf of Debtor John C. Churby sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8