UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOHN C CHURBY<br>SHARON M CHURBY | CASE NO: 17-22967 JAD<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 62<br>Hearing Date: April 29, 2021<br>Hearing Time: 2:30 p.m. |

On 3/23/2021, I did cause a copy of the following documents, described below,

Notice of Modification to Confirmed Plan With ZOOM Confirmation Hearing Date of April 29, 2021, and Amended Chapter 13 Plan Dated March 19, 2021, upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached mailing matrix                ECF Docket Reference No. 62

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/23/2021

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 17-22967 JAD |
| JOHN C CHURBY<br>SHARON M CHURBY | **CERTIFICATE OF SERVICE<br>DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 62<br>Hearing Date: April 29, 2021<br>Hearing Time: 2:30 p.m. |

On 3/23/2021, a copy of the following documents, described below,

Notice of Modification to Confirmed Plan With ZOOM Confirmation Hearing Date of April 29, 2021, and Amended Chapter 13 Plan Dated March 19, 2021, upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached mailing matrix     ECF Docket Reference No. 62

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/23/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03152<br>CASE 17-22967-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>TUE MAR 23 11-21-18 EDT 2021 | ATT MOBILITY<br>PO BOX 10330<br>FORT WAYNE IN 46851-0330 | ALLIED INTERSTATE<br>PO BOX 1954<br>SOUTHGATE MI 48195-0954 |
| ALLIED INTERSTATE<br>PO BOX 361447<br>COLUMBUS OH 43236-1447 | CM/ECF E-SERVICE<br>(+) ALLY FINANCIAL<br>TUCKER ARENSBERG PC<br>CO BRETT A SOLOMON ESQUIRE<br>1500 ONE PPG PLACE<br>PITTSBURGH PA 15222-5413 | CM/ECF E-SERVICE<br>(+) ALLY FINANCIAL<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| AMAZONCOMSYNCHRONY BANK<br>ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | ATLANTIC BROADBAND<br>120 SOUTHMONT BOULEVARD<br>JOHNSTOWN PA 15905-4291 | BEST BUY CREDIT SERVICES<br>PO BOX 790441<br>SAINT LOUIS MO 63179-0441 |
| CAPITAL ONE BANK USA NA<br>CABELAS CLUB VISA BY AMERICAN INFOSOURC<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | CABELAS CLUB VISAWORLDS FOREMOS<br>PO BOX 82608<br>LINCOLN NE 68501-2608 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAPITAL ONE BANK USA NA CABELAS CL<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | CAPITAL ONE RETAIL SERVICESPOLARIS<br>PO BOX 30257<br>SALT LAKE CITY UT 84130-0257 | CAPITAL ONE RETAIL SERVICESYAMAHA<br>PO BOX 30257<br>SALT LAKE CITY UT 84130-0257 |
| CARFINANCE CAPITAL<br>PO BOX 3807<br>COPPELL TEXAS 75019-5877 | CARSON SMITHFIELD<br>PO BOX 9216<br>OLD BETHPAGE NY 11804-9016 | CAVALRY PORTFOLIO SERVICES<br>PO BOX 520<br>VALHALLA NY 10595-0520 |
| CAVALRY SPV I LLC<br>BASS  ASSOCIATES PC<br>3936 E FT LOWELL RD SUITE 200<br>TUCSON AZ 85712-1083 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-2321 | CAVALRY SPV I LLC<br>CO BASS  ASSOCIATES PC<br>3936 E FT LOWELL RD SUITE 200<br>TUCSON AZ 85712-1083 |
| CENTRAL CREDIT SERVICES INC<br>2070 LITTLE HILLS EXPY<br>SAINT CHARLES MO 63301-3708 | DEBTOR<br>JOHN C CHURBY<br>7 MOUNTAINSIDE WAY<br>SMITHFIELD PA 15478-1204 | SHARON M CHURBY<br>7 MOUNTAINSIDE WAY<br>SMITHFIELD PA 15478-1204 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | CREDIT PROTECTION ASSOCIATION LP<br>PARKWAY CENTER V<br>2500 DALLAS PARKWAY SUTIE 500<br>PLANO TX 75093-4805 | DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
DENTALFIRST FINANCINGCOMENITY BANK      DISCOVER                                DISCOVER BANK
PO BOX 183043                           PO BOX 30421                            DISCOVER PRODUCTS INC
COLUMBUS OH 43218-3043                  5                                       PO BOX 3025
                                        SALT LAKE CITY UT 84130-0421            NEW ALBANY OH 43054-3025


                                        CM/ECF E-SERVICE
DITECH FINANCIAL LLC FKA GREEN TREE     (+) DITECH FINANCIAL LLC                ENCORE RECEIVABLE MANAGEMENT INC
SERVICIN                                DITECH BANKRUPTCY DEPARTMENT            400 NORTH ROGERS ROAD
PO BOX 6154                             PO BOX 6154                             PO BOX 3330
RAPID CITY SOUTH DAKOTA 57709-6154      RAPID CITY SD 57709-6154                OLATHE KS 66063-3330


ENHANCED RECOVERY                       EXETER FINANCE LLC CO AIS PORTFOLIO     FLAGSHIP CREDIT ACCEPTANCE
PO BOX 23870                            SERVIC                                  PO BOX 1419
JACKSONVILLE FL 32241-3870              4515 N SANTA FE AVE DEPT APS            CHADDS FORD PA 19317-0688
                                        OKLAHOMA CITY OK 73118-7901


FLAGSHIP CREDIT ACCEPTANCE              GENPACT SERVICES                        GLOBAL CREDIT  COLLECTION CORP
PO BOX 2070                             PO BOX 1969                             5440 NORTH CUMBERLAND AVENUESUITE 300
COPPELL TX 75019-8001                   SOUTHGATE MI 48195-0969                 CHICAGO IL 60656-1486


HSNCOMENITY BANK                        HOME DESIGNSYNCHRONY BANK               CYNTHIA A HOWELL
BANKRUPTCY DEPARTMENT                   ATTENTION BANKRUPTCY DEPARTMENT         ROBERT PEIRCE  ASSOCIATES
PO BOX 183043                           PO BOX 965061                           707 GRANT ST
COLUMBUS OH 43218-3043                  ORLANDO FL 32896-5061                   SUITE 125
                                                                                PITTSBURGH PA 15219-1909


J C PENNEYSYNCHRONY BANK                JB ROBINSON JEWELERS                    JH PORTFOLIO DEBT EQUITIES
ATTN BANKRUPTCY DEPARTMENT              ATTN BANKRUPTCY                         5230 LAS BERGENES ROADSUITE 265
PO BOX 965060                           PO BOX 1799                             CALABASAS CA 91302-3448
ORLANDO FL 32896-5060                   AKRON OH 44309-1799


JAFFE  ASHER                            LVNV FUNDING                            LVNV FUNDING LLC ITS SUCCESSORS AND
2041 SPRINGWOOD ROAD                    PO BOX 10497                            ASSIGNS
YORK PA 17403-4836                      GREENVILLE SC 29603-0497                ASSIGNEE OF CAPITAL ONE BANK USA NA
                                                                                RESURGENT CAPITAL SERVICES
                                                                                PO BOX 10587
                                                                                GREENVILLE SC 29603-0587


LVNV FUNDING LLC ITS SUCCESSORS AND     LOWESSYNCHRONY BANK                     MERRICK BANK
ASSIGNS                                 ATTN BANKRUPTCY DEPTARTMENT             RESURGENT CAPITAL SERVICES
ASSIGNEE OF FNBM LLC                    PO BOX 965060                           PO BOX 10368
RESURGENT CAPITAL SERVICES              ORLANDO FL 32896-5060                   GREENVILLE SC 29603-0368
PO BOX 10587
GREENVILLE SC 29603-0587


MIDLAND FUNDING LLC                     MERRICK BANK                            MIDLAND FUNDING
PO BOX 2011                             PO BOX 9201                             2365 NORTHSIDE DRIVESUITE 300
WARREN MI 48090-2011                    OLD BETHPAGE NY 11804-9001              SAN DIEGO CA 92108-2709
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CM/ECF E-SERVICE                    CM/ECF E-SERVICE
(+) NEW RESIDENTIAL MORTGAGE LLC    (+) NEW RESIDENTIAL MORTGAGE LLC    BRIAN NICHOLAS
RAS CRANE LLC                       PO BOX 10826                        KML LAW GROUP PC
10700 ABBOTTS BRIDGE ROAD SUITE 170 GREENVILLE SC 29603-0826            701 MARKET STREET
DULUTH GA 30097-8461                                                    SUITE 5000
                                                                        PHILADELPHIA PA 19106-1541



                                    CM/ECF E-SERVICE
NORTH SHORE AGENCY INC              (+) OFFICE OF THE UNITED STATES TRUSTEE  PRA RECEIVABLES MANAGEMENT LLC
270 SPAGNOLI ROADSUITE 110          LIBERTY CENTER                           PO BOX 41021
MELVILLE NY 11747-3516              1001 LIBERTY AVENUE SUITE 970            NORFOLK VA 23541-1021
                                    PITTSBURGH PA 15222-3721




PENNSYLVANIA DEPARTMENT OF REVENUE  PENNSYLVANIA DEPT OF REVENUE        PORTFOLIO RECOVERY ASSOCIATES LLC
BANKRUPTCY DIVISION                 DEPARTMENT 280946                   PO BOX 41067
PO BOX 280946                       PO BOX 280946                       NORFOLK VA 23541-1067
HARRISBURG PA 17128-0946            ATTN- BANKRUPTCY DIVISION
                                    HARRISBURG PA 17128-0946




QUANTUM3 GROUP LLC AS AGENT FOR     RURAL KINGSYNCHRONY BANK            BRETT A SOLOMON
MOMA FUNDING LLC                    ATTENTION BANKRUPTCY DEPARTMENT     TUCKER ARENSBERG PC
PO BOX 788                          PO BOX 965061                       1500 ONE PPG PLACE
KIRKLAND WA 98083-0788              ORLANDO FL 32896-5061               PITTSBURGH PA 15222-5413




SPRINT                              TRI STATE DERMATOLOGY               UNIONTOWN HOSPITAL
C O AMERICAN INFOSOURCE             2160 SPRINGHILL FURNACE ROAD        500 WEST BERKELEY STREET
4515 N SANTA FE AVE                 SMITHFIELD PA 15478-1428            UNIONTOWN PA 15401-5596
OKLAHOMA CITY OK 73118-7901




VERIZON                             VERIZON                             WALMARTSYNCHRONY BANK
ATTN BANKRUPTCY                     BY AMERICAN INFOSOURCE LP AS AGENT  ATTN BANKRUPTCY DEPARTMENT
500 TECHNOLOGY DRIVE                PO BOX 248838                       PO BOX 965060
WELDON SPRING MO 63304-2225         OKLAHOMA CITY OK 73124-8838         ORLANDO FL 32896-5060




EXCLUDE                             EXCLUDE
DANIEL R WHITE                      RONDA J WINNECOUR                   CHARLES GRIFFIN WOHLRAB
ZEBLEY MEHALOV  WHITE PC            SUITE 3250 USX TOWER                ROBERTSON ANSCHUTZ SCHNEID CRANE  PA
18 MILL STREET SQUARE               600 GRANT STREET                    10700 ABBOTTS BRIDGE ROAD SUITE 170
PO BOX 2123                         PITTSBURGH PA 15219-2702             DULUTH GA 30097-8461
UNIONTOWN PA 15401-1723
```

ADDRESSES WITH AN E-MAIL ADDRESS BELOW WERE SERVED VIA ECF SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Trustee)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

cmecf@chapter13trusteewdpa.com

(Creditor)
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

(U.S. Trustee)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov


(Creditor)
New Residential Mortgage LLC
RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
represented by:
Charles Griffin Wohlrab
Robertson, Anschutz, Schneid, Crane & Pa
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

cwohlrab@raslg.com

Cynthia A. Howell
Robert Peirce & Associates
707 Grant St.
Suite 125
Pittsburgh, PA 15219
(Spec. Counsel)

(Creditor)
Exeter Finance LLC, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118


James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Creditor)
Ditech Financial LLC
represented by:
Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com


(Creditor)
DITECH FINANCIAL LLC
represented by:
Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

(Joint Debtor)
Sharon M. Churby
7 Mountainside Way
Smithfield, PA 15478
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401U.S.A.

dwhite@zeblaw.com

(Debtor)
John C. Churby
7 Mountainside Way
Smithfield, PA 15478
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401U.S.A.

dwhite@zeblaw.com

ADDRESSES OF CREDITORS NOT PRESENT WERE SERVED ON 3/23/21 SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
Cavalry SPV I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712

(Creditor)
Capital One Bank (USA) N.A. Cabela's Club Visa by American Infosource as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

(Creditor)
Ally Financial
Tucker Arensberg, P.C.
c/o Brett A. Solomon, Esquire
1500 One PPG Place
Pittsburgh, Pa 15222
represented by:
Brett A. Solomon
Tucker Arensberg, P.C.
1500 One PPG Place,
Pittsburgh, PA 15222

brett.solomon@solomon-legal.com