File No.: 11960

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22967 JAD |
| | : | |
| John C. Churby and Sharon M. Churby, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| John C. Churby and Sharon M. Churby, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_  Voluntary Petition *Specify reason for amendment:*

\_\_\_  <u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
   Summary of Schedules

_X_  Schedule A/B - Property ( Added Debtor-Wife's Wrongful Death distribution and interest in mother's estate. )

_X_  Schedule C - Property Claimed as Exempt (Added Debtor-Wife's (d)(5) wildcard exemption of Wrongful Death distribution.)

\_\_\_  Schedule D - Creditors Holding Secured Claims
   Check one:
     \_\_\_ Creditor(s) added (Submit electronically w/amendment)
     \_\_\_ No creditor(s) added
     \_\_\_ Creditor(s) deleted

\_\_\_  Schedule E/F - Creditors Holding Unsecured Claims
   Check one:
     \_\_\_ Creditor(s) added (Submit electronically w/amendment)
     \_\_\_ No creditor(s) added
     \_\_\_ Creditor(s) deleted

\_\_\_  Schedule G - Executory Contracts and Unexpired Leases
   Check one:
     \_\_\_ Creditor(s) added (Submit electronically w/amendment)
     \_\_\_ No creditor(s) added
     \_\_\_ Creditor(s) deleted

\_\_\_  Schedule H - Codebtors
\_\_\_  Schedule I - Current Income of Individual Debtor(s)
\_\_\_  Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_  Statement of Financial Affairs

___ Chapter 7 Individual Debtor's Statement of Intentions
___ Chapter 11 List of Equity Security Holders
___ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
___ Disclosure of Compensation of Attorney for Debtor(s)
___ Other: _____

NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment(s) as follows: None

Date: November 24, 2021

/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
Zebley Mehalov & White, P.C.
P. O. Box 2123
Uniontown, PA 15401
Email: dwhite@Zeblaw.com
(724) 439-9200
Attorney for Debtors

| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **John C. Churby** <br> First Name    Middle Name    Last Name |
| Debtor 2 <br> (Spouse, if filing) | **Sharon M. Churby** <br> First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | **17-22967 JAD** |

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**7 Mountain Side Way**
Street address, if available, or other description

**Smithfield    PA    15478-0000**
City            State   ZIP Code

**Fayette**
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $100,000.00 | $100,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Residence, a 3 bedroom, 2 bath, vinyl sided doublewide mobile home on a solid foundation w/an attached 2 car garage on .33 acre lot. Current market value assessment of 126,725.**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................=> **$100,000.00**

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1  **John C. Churby**
Debtor 2  **Sharon M. Churby**                                            Case number *(if known)*  **17-22967 JAD**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1**
Make: **Ford**
Model: **Ranger pickup truck**
Year: **1998**
Approximate mileage: **126,000**
Other information:
**Title is unencumbered. Location: 7 Mountain Side Way, Smithfield PA 15478**

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$300.00**
Current value of the portion you own? **$300.00**

**3.2**
Make: **Chevrolet**
Model: **Silverado pickup**
Year: **2011**
Approximate mileage: **43,841**
Other information:
**Location: 7 Mountain Side Way, Smithfield PA 15478**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$21,000.00**
Current value of the portion you own? **$21,000.00**

**3.3**
Make: **Ford**
Model: **Mustang**
Year: **2015**
Approximate mileage: **13,200**
Other information:
**Location: 7 Mountain Side Way, Smithfield PA 15478**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$25,000.00**
Current value of the portion you own? **$25,000.00**

**3.4**
Make: **Ford**
Model: **Ranger pickup truck**
Year: **2000**
Approximate mileage: **128,000**
Other information:
**Scrap value.  Does not run.  No motor.  Used for parts. Location: 7 Mountainside Way, Smithfield PA 15478**

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$100.00**
Current value of the portion you own? **$100.00**

**3.5**
Make: **Jeep**
Model: **Cherokee**
Year: **2019**
Approximate mileage:
Other information:
**court approved post petition purchase**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Current value of the entire property? **$23,810.00**
Current value of the portion you own? **$23,810.00**

| Debtor 1 | **John C. Churby** | | |
|---|---|---|---|
| Debtor 2 | **Sharon M. Churby** | Case number *(if known)* | **17-22967 JAD** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

   4.1 Make: **Polaris**
   Model: **Razor quad**
   Year: **2015**
   Other information: **Location: 7 Mountain Side Way, Smithfield PA 15478**

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?  **$12,000.00**
   Current value of the portion you own?  **$12,000.00**

   4.2 Make: **Yamaha**
   Model: **Grizzly quad**
   Year: **2016**
   Other information: **Wife's brother retains quad and makes payments. Location:  w/Wife's brother @ 862 Mud Pike Road, Smithfield, PA**

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property (see instructions)

   Current value of the entire property?  **$7,592.00**
   Current value of the portion you own?  **$7,592.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>   **$89,802.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   **8 rooms of furniture, household goods, appliances, including a fully equipped kitchen, furnished living room, furnished dining room, 3 furnished bedrooms, furnished family room and a garage w/a stove, refrigerator, microwave, dinette table and chairs, couch, love seat, curio cabinet, dining table & chairs, bed, dresser, deep freezer, living room set, cabinets, riding lawn mower, rototiller, tools and tool boxes, all of minimal value, with no one item exceeding the limit.
   Location: 7 Mountain Side Way, Smithfield PA 15478**   **$1,820.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   **Electronics: A lap top computer, 2 TV's and an X-box game system.
   Location: 7 Mountain Side Way, Smithfield PA 15478**   **$500.00**

| Debtor 1 | **John C. Churby** | | |
|---|---|---|---|
| Debtor 2 | **Sharon M. Churby** | Case number *(if known)* | **17-22967 JAD** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

   | **Landscape photo collection.**<br>**Location: 7 Mountain Side Way, Smithfield PA 15478** | **$100.00** |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

    | **40 caliber pistol, 22 Rimfire rifle and a crossbow.  Used for hunting, protection.**<br>**Location: 7 Mountain Side Way, Smithfield PA 15478** | **$500.00** |
    |---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | **Clothing, of minimal value**<br>**Location: 7 Mountain Side Way, Smithfield PA 15478** | **$500.00** |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    | **Diamond engagement ring, wedding band, man's wedding band.**<br>**Location: 7 Mountain Side Way, Smithfield PA 15478** | **$400.00** |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

    | **4 year old Black Lab dog.  Not registered.  No monetary value.**<br>**Location: 7 Mountain Side Way, Smithfield PA 15478** | **$0.00** |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................** | **$3,820.00** |

**Part 4:  Describe Your Financial Assets**

| Debtor 1 | **John C. Churby** | | |
|---|---|---|---|
| Debtor 2 | **Sharon M. Churby** | Case number *(if known)* | **17-22967 JAD** |

**Do you own or have any legal or equitable interest in any of the following?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..............................................................................................

    **Cash on hand Location: 7 Mountain Side Way, Smithfield PA 15478**    **$3.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes......................           Institution name:

    | 17.1. | **Checking account** | **PNC Bank** | **$200.00** |
    |---|---|---|---|
    | 17.2. | **Savings account** | **PNC Bank** | **$1.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
    Name of entity:                             % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:          Institution name:

    | **401(k)** | **Voya Financial** | **$10,467.00** |
    |---|---|---|
    | **Pension** | **Retirement account through Johnson Matthey. Vested.** | **$2,286.00** |

| | | | |
|---|---|---|---|
| Debtor 1 | **John C. Churby** | | |
| Debtor 2 | **Sharon M. Churby** | Case number *(if known)* | **17-22967 JAD** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                              Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
             Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☐ No
    ■ Yes. Give specific information..

Official Form 106A/B                   Schedule A/B: Property                                       page 6

| Debtor 1 | **John C. Churby** | | |
|---|---|---|---|
| Debtor 2 | **Sharon M. Churby** | Case number *(if known)* | **17-22967 JAD** |

|  |  |
|---|---|
| **Debtor-Wife's post-petition claim as a beneficiary of the estate of her mother, Judy Chipps. The assets of the estate consist of the survival distribution to the estate from the wrongful death/ survival action brought against several medical providers that was settled in October 2021. The estate received the sum of $37,428.60. Any distribution to the Debtor-Wife from this estate will be shared with several other beneficiaries and is subject to claims,taxes and the costs of the estate administration.** | **Unknown** |

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

|  |  |
|---|---|
| **Debtor-Wife's post-petition interest in her claim as a wrongful death beneficiary arising from the death of her mother,Judy Chipps. This claim was part a settlement of a larger wrongful death/survival action brought by special counsel on behalf of decedent's family and decedent's estate against several medical providers filed in Fayette County Court of Common Pleas at No. 2774 of 2019 G.D. The entire claim was settled in October 2021 for $325,000. After attorney fees and costs and distributions to non-debtors and the decedent's estate, the Debtor-Wife's net share of the settlement as a wrongful death beneficiary is $37,428.59. This settlement and distribution is subject to the Bankruptcy Court's approval following a nunc pro tunc motion filed on behalf of Debtor-Wife.** | **$37,428.59** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................................................** | **$50,385.59**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6**: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

| Debtor 1 | John C. Churby | | |
|---|---|---|---|
| Debtor 2 | Sharon M. Churby | Case number *(if known)* | **17-22967 JAD** |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ................................................................................................... **$100,000.00**
56. **Part 2: Total vehicles, line 5**                                      **$89,802.00**
57. **Part 3: Total personal and household items, line 15**              **$3,820.00**
58. **Part 4: Total financial assets, line 36**                            **$50,385.59**
59. **Part 5: Total business-related property, line 45**                      **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**             **$0.00**
61. **Part 7: Total other property not listed, line 54**               +      **$0.00**

62. **Total personal property.** Add lines 56 through 61...   **$144,007.59**   Copy personal property total   **$144,007.59**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62   **$244,007.59**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | John C. Churby | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | Sharon M. Churby | |
| (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 17-22967 JAD | |

■ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt                            4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Residence @ 7 Mountainside Way, Smithfield, PA**<br>Line from *Schedule A/B*: **1.1** | $100,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **1998 Ford Ranger pickup truck 126,000 miles**<br>**Title is unencumbered.**<br>**Location: 7 Mountain Side Way, Smithfield PA 15478**<br>Line from *Schedule A/B*: **3.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2011 Chevrolet Silverado pickup @ 7 Mountain Side Way, Smithfield PA.**<br>Line from *Schedule A/B*: **3.2** | $21,000.00 | ■ $3,431.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2000 Ford Ranger pickup truck 128,000 miles**<br>**Scrap value.  Does not run.  No motor.  Used for parts.**<br>**Location: 7 Mountainside Way, Smithfield PA 15478**<br>Line from *Schedule A/B*: **3.4** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| | | |
|---|---|---|
| Debtor 1 | **John C. Churby** | |
| Debtor 2 | **Sharon M. Churby** | |
| | Case number (if known) | **17-22967 JAD** |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** <br> Copy the value from *Schedule A/B* | **Amount of the exemption you claim** <br><br> *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **8 rooms of furniture, household goods, appliances, including a fully equipped kitchen, furnished living room, furnished dining room, 3 furnished bedrooms, furnished family room and a garage w/a stove, refrigerator, microwave, dinette table and chairs, couc** <br> Line from *Schedule A/B*: **6.1** | $1,820.00 | ■ $1,820.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Electronics: A lap top computer, 2 TV's and an X-box game system.** <br> **Location: 7 Mountain Side Way, Smithfield PA 15478** <br> Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Landscape photo collection.** <br> **Location: 7 Mountain Side Way, Smithfield PA 15478** <br> Line from *Schedule A/B*: **8.1** | $100.00 | ■ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **40 caliber pistol, 22 Rimfire rifle and a crossbow. Used for hunting, protection.** <br> **Location: 7 Mountain Side Way, Smithfield PA 15478** <br> Line from *Schedule A/B*: **10.1** | $500.00 | ■ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Clothing, of minimal value** <br> **Location: 7 Mountain Side Way, Smithfield PA 15478** <br> Line from *Schedule A/B*: **11.1** | $500.00 | ■ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Diamond engagement ring, wedding band, man's wedding band.** <br> **Location: 7 Mountain Side Way, Smithfield PA 15478** <br> Line from *Schedule A/B*: **12.1** | $400.00 | ■ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Cash on hand** <br> **Location: 7 Mountain Side Way, Smithfield PA 15478** <br> Line from *Schedule A/B*: **16.1** | $3.00 | ■ $3.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking account: PNC Bank** <br> Line from *Schedule A/B*: **17.1** | $200.00 | ■ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings account: PNC Bank** <br> Line from *Schedule A/B*: **17.2** | $1.00 | ■ $1.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **401(k): Voya Financial** <br> Line from *Schedule A/B*: **21.1** | $10,467.00 | ■ $10,467.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

| Debtor 1 | John C. Churby | | | |
|---|---|---|---|---|
| Debtor 2 | Sharon M. Churby | | Case number (if known) | **17-22967 JAD** |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** Check only one box for each exemption. | **Specific laws that allow exemption** |
|---|---|---|---|
| **Pension: Retirement account through Johnson Matthey. Vested.** Line from *Schedule A/B*: **21.2** | $2,286.00 | ■ $2,286.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Debtor-Wife's post-petition interest in her claim as a wrongful death beneficiary arising from the death of her mother, Judy Chipps. This claim was part a settlement of a larger wrongful death/survival action brought by special counsel on behalf of decedent** Line from *Schedule A/B*: **33.1** | $37,428.59 | ■ $13,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **2019 Jeep Cherokee** Line from *Schedule A/B*: | $23,310.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes