IN THE COURT OF COMMON PLEAS OF FAYETTE COUNTY, PENNSYLVANIA

CIVIL DIVISION

**NOTICE OF ORDER**

NO. 2774 of 2019 G.D.

**PLAINTIFF(S)**

Sharon Churby, Individually, and as Executrix of the Estate of Judy C Chipps, deceased.

VS

Jennifer Rittenhouse- Puhak, M.D.

**DEFENDANT(S)**

Plaintiff(s):
Elizabeth A Chiappetta

Defendant(s):
Marian Patchen Cullen

You are hereby notified that the following Order has been entered on you on September 1, 2021, in the above case.

Nina Capuzzi Frankhouser, Prothonotary

BY: Marissa B. Clerk II

MAILED: September 1, 2021

(6/17)

IN THE COURT OF COMMON PLEAS OF FAYETTE COUNTY, PENNSYLVANIA

Civil Division

SHARON CHURBY, Individually, and as
EXECUTRIX of the Estate of JUDY C.
CHIPPS, Deceased,                               No.: 2774 of 2019 GD

  Petitioner/Plaintiff,

vs.

JENNIFER RITTENHOUSE-PUHAK, M.D.,

  Respondent/Defendant.

## ORDER OF COURT

AND NOW, to-wit, this 1st day of September 2021, upon consideration of the foregoing Petition for Approval of Settlement and Distribution of Wrongful Death and Survival Actions, it is Elizabeth A. Chiappetta, Esquire and the law firm of Robert Peirce & Associates, P.C., are hereby instructed to distribute the settlement funds of $325,000.00 as follows:

| | |
|---|---|
| Robert Peirce & Associates, P.C. Attorneys' Fees: | $ 130,000.00 |
| Robert Peirce & Associates, P.C. Reimbursement of Costs: | $ 7,857.04 |
| Wrongful Death Beneficiaries ($149,714.36): | |
| Sharon Churby: | $ 37,428.59 |
| Richard Chipps: | $ 37,428.59 |
| Vickie Gearhardt: | $ 37,428.59 |
| Anthony Chipps: | $ 37,428.59 |
| The Estate of Judy Chipps: | $ 37,428.60 |

BY THE COURT:

_____ J.

Attest:

_____
Nina Capussi Ironhouser

TRUE AND ATTESTED COPY

_____
Nina Capussi Ironhouser
Prothonotary