FILED
1/6/22 12:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

John C. Churby and
Sharon M. Churby
    *Debtors*

Bankruptcy No. 17-22967-JAD

Adversary No.

Related to Docket Nos. 77

Expedited Request

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Ronda J. Winnecour, Esq. has ordered a transcript for the hearing held on the date listed below:

January 5, 2022

The transcript is being prepared by J&J Court Transcribers, Inc. The estimated completion for this transcript is January 13, 2022.

Michael R. Rhodes, Clerk
United States Bankruptcy Court

Date: 1/6/2022        By: _____/s/ Anne Olon_____

#61-M