FILED
1/5/22 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-22967-JAD |
| | ) | |
| JOHN C. CHURBY and SHARON M. CHURBY, | ) ) | Chapter 13 |
| | ) | Document No. |
| | ) | |
| Debtors | ) | Related to Doc. No. 71 |
| | ) | |
| | X | |

## ORDER

**AND NOW**, this **5th day of January, 2022**, following consideration of the argument presented at the Zoom hearing on the captioned matter, it is **HEREBY ORDERED** that within thirty (30) days:

1. Special Counsel, Cynthia A. Howell, Esquire and Robert Pierce & Associates PC, shall file a brief, supported by an affidavit, addressing why their request for legal fees and expenses should be granted for their representation of the Wife-Debtor in the matter of <u>Sharon Churby, Individually and as Executrix of the Estate of Judy C. Chipps, Deceased vs. Jennifer Rittenhouse-Puhak, M.D., Josef J. Vanek, M.D., Uniontown Hospital and Laurel Ridge Surgical Associates, Inc.</u> filed in the Court of Common Pleas of Fayette County at Docket No. 2774 of 2019, G.D. Their brief should address *inter alia* the standards set forth in <u>In re: F/S Airlease II, Inc.</u>, 844 F.2d 99 (3rd Cir. 1988).

2. Debtor shall file the narrative statement prepared by Cynthia A. Howell, Esquire and Robert Pierce & Associates, PC.

3. Debtor shall file an explanation for the use by Debtor(s) of funds in excess of the allowed exemption, explain how the harm caused to creditors will be remedied, and how the settlement and distribution/allocation of the settlement proceeds is in the best interests of the Bankruptcy Estate in accordance with In re: Martin, 91 F.3d 389 (3rd Cir. 1996) and Federal Rule of Bankruptcy Procedure 9019.

4. The Chapter 13 Trustee may, in her discretion, reply to either or both of the filings.

_____ pgc
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to Serve:
All Counsel of Record
Cynthia A. Howell, Esquire, Special Counsel
Ronda J. Winnecour, Chapter 13 Trustee
Office of the United States Trustee

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22967-JAD |
| John C. Churby | Chapter 13 |
| Sharon M. Churby | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 4 |
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++  Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C. Churby, Sharon M. Churby, 7 Mountainside Way, Smithfield, PA 15478-1204 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| sp | + | Cynthia A. Howell, Robert Peirce & Associates, 707 Grant St., Suite 125, Pittsburgh, PA 15219-1909 |
| 14663600 | | Allied Interstate, P.O. Box 1954, Southgate, MI 48195-0954 |
| 14663601 | + | Allied Interstate, P.O. Box 361447, Columbus, OH 43236-1447 |
| 14663605 | | Atlantic Broadband, 120 Southmont Boulevard, Johnstown, PA 15905-4291 |
| 14663613 | ++++ | CENTRAL CREDIT SERVICES, INC., 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, Inc., 20 Corporate Hills Drive, Saint Charles, MO 63301-3749 |
| 14663615 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association, 13355 Noel Road--Suite 2100, Dallas, TX 75240 |
| 14663607 | | Cabela's Club Visa/World's Foremost Bank, P.O. Box 82608, Lincoln, NE 68501-2608 |
| 14676337 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14663619 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14663620 | | Encore Receivable Management, Inc., 400 North Rogers Road, P.O. Box 3330, Olathe, KS 66063-3330 |
| 14663624 | | Genpact Services, P.O. Box 1969, Southgate, MI 48195-0969 |
| 14663629 | | J.B. Robinson Jewelers, Attn: Bankruptcy, P.O. Box 1799, Akron, OH 44309-1799 |
| 14663631 | + | JH Portfolio Debt Equities, 5230 Las Bergenes Road--Suite 265, Calabasas, CA 91302-3448 |
| 14663630 | + | Jaffe & Asher, 2041 Springwood Road, York, PA 17403-4836 |
| 15183855 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14663636 | + | North Shore Agency, Inc., 270 Spagnoli Road--Suite 110, Melville, NY 11747-3516 |
| 14663640 | + | Tri-State Dermatology, 2160 Springhill Furnace Road, Smithfield, PA 15478-1428 |
| 14663641 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2022 23:30:35 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 23:30:32 | Capital One Bank (USA) N.A. Cabela's Club Visa by, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2022 23:30:32 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 05 2022 23:21:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14663604 | | Email/Text: g20956@att.com | | |

| District/off: 0315-2 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 67 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 05 2022 23:21:00 | AT&T Mobility, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 14663602 | | Email/Text: ally@ebn.phinsolutions.com | Jan 05 2022 23:21:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14663603 | | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 23:30:31 | Amazon.com/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14663606 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2022 23:30:36 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14663608 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2022 23:30:31 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14722200 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 23:30:32 | CAPITAL ONE BANK (USA), N.A., Cabela's Club Visa by American Infosourc, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14663609 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2022 23:30:31 | Capital One Retail Services/Polaris, P.O. Box 30257, Salt Lake City, UT 84130-0257 |
| 14663610 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2022 23:30:35 | Capital One Retail Services/Yamaha, P.O. Box 30257, Salt Lake City, UT 84130-0257 |
| 14690748 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 05 2022 23:21:00 | CarFinance Capital, P.O. Box 3807, Coppell, Texas 75019-5877 |
| 14663611 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2022 23:30:32 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14663612 | + | Email/Text: bankruptcy@cavps.com | Jan 05 2022 23:21:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14734247 | + | Email/Text: bnc@bass-associates.com | Jan 05 2022 23:21:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14707400 | + | Email/Text: bankruptcy@cavps.com | Jan 05 2022 23:21:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14663614 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 05 2022 23:30:38 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14663616 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 05 2022 23:30:32 | Dell Financial Services, Billing Inquiry Department, P.O. Box 81577, Austin, TX 78708-1577 |
| 14663617 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 23:21:00 | DentalFirst Financing/Comenity Bank, P.O. Box 183043, Columbus, OH 43218-3043 |
| 14663618 | | Email/Text: mrdiscen@discover.com | Jan 05 2022 23:21:00 | Discover, P.O. Box 30421, 5, Salt Lake City, UT 84130-0421 |
| 14666143 | | Email/Text: mrdiscen@discover.com | Jan 05 2022 23:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14663621 | + | Email/Text: bknotice@ercbpo.com | Jan 05 2022 23:21:00 | Enhanced Recovery, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14663622 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 05 2022 23:21:00 | Flagship Credit Acceptance, P.O. Box 2070, Coppell, TX 75019-8001 |
| 14663623 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 05 2022 23:21:00 | Flagship Credit Acceptance, P.O. Box 1419, Chadds Ford, PA 19317-0688 |
| 14663625 | + | Email/Text: bankruptcy@affglo.com | Jan 05 2022 23:21:00 | Global Credit & Collection Corp., 5440 North Cumberland Avenue--Suite 300, Chicago, IL 60656-1486 |
| 14663627 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2022 23:21:00 | HSN/Comenity Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 14663626 | | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 23:30:38 | Home Design/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, |

Case 17-22967-JAD    Doc 81    Filed 01/07/22    Entered 01/08/22 00:26:08    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: mgut | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 67 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14663628 | | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 23:30:31 | Orlando, FL 32896-5061 |
| | | | | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14663633 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 23:30:32 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14712005 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 23:30:35 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14709634 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2022 23:30:35 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14663632 | | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 23:30:35 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14707956 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2022 23:30:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14721689 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2022 23:21:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14663634 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 05 2022 23:30:32 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14663635 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2022 23:21:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2709 |
| 14663637 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 23:30:38 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14702920 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2022 23:30:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14664047 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 05 2022 23:30:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14713044 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2022 23:21:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14663638 | | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 23:30:31 | Rural King/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14663639 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 05 2022 23:30:31 | Sprint, P.O. Box 8077, London, KY 40742 |
| 14697697 | | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2022 23:30:32 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14663642 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 05 2022 23:21:00 | Verizon, Attn: Bankruptcy, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14663643 | | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2022 23:30:38 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | Ditech Financial LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| 14669387 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14708874 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:**

**Name**      **Email Address**

Brett A. Solomon
on behalf of Creditor Ally Financial brett@solomon-legal.com

Brian Nicholas
on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com

Daniel R. White
on behalf of Joint Debtor Sharon M. Churby sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Daniel R. White
on behalf of Debtor John C. Churby sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8