# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

02/24/2022

IN RE:

JOHN C. CHURBY
SHARON M. CHURBY
7 MOUNTAINSIDE WAY
SMITHFIELD, PA  15478
XXX-XX-6285          Debtor(s)

XXX-XX-7915

Case No.17-22967 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/24/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: AMAZON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3847 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 2    INT %: 6.00%<br>Court Claim Number: 2<br><br>CLAIM: 30,482.34<br>COMMENT: $/CL-PL@6%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4776 |
| **CAVALRY SPV I LLC - ASSIGNEE\*\***<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br><br>TUSCON, AZ  85712-1083 | Trustee Claim Number: 3    INT %: 6.00%<br>Court Claim Number: 22<br><br>CLAIM: 12,000.00<br>COMMENT: $/CL-PL@6%MDF/PL*W/58 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6101 |
| **CAVALRY SPV I LLC - ASSIGNEE\*\***<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br><br>TUSCON, AZ  85712-1083 | Trustee Claim Number: 4    INT %: 6.00%<br>Court Claim Number: 23<br><br>CLAIM: 7,592.00<br>COMMENT: $/CL-PL@6%MDF/PL*W/59 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5726 |
| **NEW RESIDENTIAL MORTGAGE LLC**<br>PO BOX 10826<br><br>GREENVILLE, SC  29603-0826 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECL-PL*1045.72/CL-PL*DK4LMT*BGN 8/17*FR DITECH FINANCIAL-DOC 46 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2664 |
| **CARFINANCE CAPITAL**<br>C/O FLAGSHIP CREDIT ACCEPTANCE<br>PO BOX 975658<br><br>DALLAS, TX  75397 | Trustee Claim Number: 6    INT %: 6.00%<br>Court Claim Number: 4<br><br>CLAIM: 17,420.43<br>COMMENT: $/CL-PL@6%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7915 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 866.63<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3847 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~AMAZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8871 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br><br>BEDMINSTER, NJ  07921 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9364 |
| **ATLANTIC BROADBAND\***<br>669 E MAIN ST<br><br>BRADFORD, PA  16701 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7485 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  1,745.83<br>COMMENT:  CITIBANK/BEST BUY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5314 |
| **CAPITAL ONE BANK USA NA - CABELAS VISA**<br>PO BOX 82609<br><br>LINCOLN, NE  68501 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:21<br><br>CLAIM:  3,653.63<br>COMMENT:  SYNOVOUS/WFB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7127 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  454.25<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7644 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  1,819.41<br>COMMENT:  FNBM/CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4664 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  1,119.99<br>COMMENT:  SHERMAN/CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8271 |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br>GREENVILLE, SC  29603-0390 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  809.60<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6125 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~DENTAL FIRST/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2903 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  1,190.88<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4980 |
| **FLAGSHIP CREDIT ACCEPTANCE**<br>PO BOX 975658<br><br>DALLAS, TX  75397 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~DUP OF SCH D/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  1,626.50<br>COMMENT:  SYNCHRONY/HOME DESIGN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2221 |

| Creditor | Address | Trustee Claim Number | Court Claim Number | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| COMENITY BANK | PO BOX 182272, COLUMBUS, OH 43218 | 21 | | 0.00 | NT ADR~HSN/SCH | UNSECURED CREDITOR | 0414 |
| MIDLAND FUNDING LLC | C/O MIDLAND CREDIT MANAGEMENT INC - AGE, PO BOX 2011, WARREN, MI 48090 | 22 | 20 | 331.12 | SYNCHRONY/JCP | UNSECURED CREDITOR | 4373 |
| JB ROBINSON | 375 GHENT RD, AKRON, OH 44333 | 23 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 2396 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | C/O CAVALRY PORTFOLIO SERVICES LLC*, PO BOX 27288, TEMPE, AZ 85282 | 24 | 9 | 564.03 | 7345/SCH*SYNCHRONY/LOWE'S | UNSECURED CREDITOR | 9428 |
| MIDLAND FUNDING LLC | C/O MIDLAND CREDIT MANAGEMENT INC - AGE, PO BOX 2011, WARREN, MI 48090 | 25 | 19 | 559.87 | SYNCHORNY/LOWE'S | UNSECURED CREDITOR | 0828 |
| MERRICK BANK | C/O RESURGENT CAPITAL SVCS**, POB 10368, GREENVILLE, SC 29603-0368 | 26 | 10 | 1,192.68 | | UNSECURED CREDITOR | 3948 |
| MIDLAND FUNDING LLC | C/O MIDLAND CREDIT MANAGEMENT INC - AGE, PO BOX 2011, WARREN, MI 48090 | 27 | 17 | 2,142.18 | SYNCHRONY/RURAL KING | UNSECURED CREDITOR | 9685 |
| SPRINT CORP(*) | PO BOX 3326, ENGLEWOOD, CO 80155-3326 | 28 | | 0.00 | | UNSECURED CREDITOR | |
| TRI STATE DERMATOLOGY | 2160 SPRINGHILL FURNACE RD, SMITHFIELD, PA 15478 | 29 | | 0.00 | | UNSECURED CREDITOR | 2050 |
| UNIONTOWN HOSPITAL | 500 W BERKELEY ST, UNIONTOWN, PA 15401 | 30 | | 0.00 | | UNSECURED CREDITOR | 7770 |

All Trustee Claim interest rates: 0.00%

| Creditor | Trustee Info | Cred Desc / Account |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  147.33<br>COMMENT:  3756/SCH*ACCT OPEN 11/14/16 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3004 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  974.13<br>COMMENT:  SYNCHRONY/WAL-MART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3192 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM:  527.43<br>COMMENT:  3554/SCH*SYNCHRONY/WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9290 |
| **ALLIED INTERSTATE++**<br>7575 W CAMPUS RD<br>NEW ALBANY, OH  43054 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CARSON SMITHFIELD LLC**<br>POB 9216<br>OLD BETHPAGE, NY  11804 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3948 |
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9428 |
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9290 |
| **CENTRAL CREDIT SERVICES**<br>POB 15118<br>JACKSONVILLE, FL  32239 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1375 |
| **CREDIT PROTECTION ASSOC++**<br>13355 NOEL RD<br>21ST FLOOR<br>DALLAS, TX  75240 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8411 |
| **ENCORE RECOVERY++**<br>400 N RODGERS RD<br>OLATHE, KS  66062 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2471 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br><br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  9364 |
| **GENPACT SERVICES LLC**<br>PO BOX 960013<br><br>ORLANDO, FL  32896 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  0152 |
| **GLOBAL CREDIT & COLLECTION CORP++**<br>5440 N CUMBERLAND AVE STE 300<br><br>CHICAGO, IL  60656 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  4177 |
| **JAFFE AND ASHER LLP**<br>600 THIRD AVE<br><br>NEW YORK, NY  10016-1901 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  2016 |
| **JH PORTFOLIO DEBT EQUITIES**<br>5230 LAS VIRGENES RD STE 265<br><br>CALABASAS, CA  91302 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  8895 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  4664 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:47  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  7644 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:48  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  2751 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:49  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  7952 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:50  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  7952 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:51  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5392 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:52  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9563 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:53  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3592 |
| **NORTH SHORE AGENCY**<br>270 SPAGNOLI RD<br>STE 110<br><br>MELVILLE, NY 11747 | Trustee Claim Number:54  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br><br>NORFOLK, VA 23502 | Trustee Claim Number:55  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3192 |
| **NEW RESIDENTIAL MORTGAGE LLC**<br>PO BOX 10826<br><br>GREENVILLE, SC 29603-0826 | Trustee Claim Number:56  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,848.65<br>COMMENT: $/CL-PL*FR DITECH FINANCIAL-DOC 46 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2664 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:57  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 65.97<br>COMMENT: ACCT NT/SCH*ACCT OPEN 11/14/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3756 |
| **CAVALRY SPV I LLC - ASSIGNEE\*\***<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br><br>TUSCON, AZ 85712-1083 | Trustee Claim Number:58  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 163.30<br>COMMENT: NO GEN UNS/SCH*W/3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6101 |
| **CAVALRY SPV I LLC - ASSIGNEE\*\***<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br><br>TUSCON, AZ 85712-1083 | Trustee Claim Number:59  INT %: 0.00%<br>Court Claim Number:23<br>CLAIM: 228.78<br>COMMENT: NO GEN UNS/SCH*W/4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5726 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:60  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EXETER FNC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **EXETER FINANCE LLC(*)** <br> PO BOX 650598 <br><br> DALLAS, TX  75265-0598 | Trustee Claim Number:61  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PMT/PL*499.87x(17+2)=LMT*BGN 3/21*DK | CRED DESC:  Post Petition Claim (1305) <br> ACCOUNT NO.:  0539 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br><br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number:62  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  ALLY FNCL/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |