FILED
3/7/22 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

John C. Churby
Sharon M. Churby,
      Debtor(s).

Sharon M. Churby,
      Movant(s),
vs.
No Respondents,
      Respondent(s).

Case No. 17-22967-JAD

Chapter 13

Related to Doc. Nos. 71, 73, 78, 79, 85, 86, and 87

Doc. # 90

**CONSENT ORDER OF COURT SETTLING TRUSTEE'S OBJECTION TO MOTION TO APPROVE SETTLEMENT OF WRONGFUL DEATH/SURVIVAL CLAIM AND PROPOSED DISTRIBUTION**

WHEREAS, the Trustee objected to Debtor(s) Motion (at Doc 71) to approve settlement of a wrongful death action;

WHEREAS, the basis of the objection was the disposition of the non-exempt portion of the proceeds of the settlement;

WHEREAS, Debtor(s) and special counsel have filed response(s) to the objection at Docs 85, 86, and 87, which are incorporated herein;

WHEREAS, in light of the facts and circumstances of this case, including: the facts and contentions set forth in the responses; that the case is currently, and is to remain, a 100% plan, and that with the contemplated lump sum payment the Plan will be close to completion; and to avoid further time, costs, and expenses in addressing the disputes, the Trustee and Debtor(s) agree as follows:

(1)     Sharon M. Churby will pay, within 10 days of the date of this Order, by cashier's check made payable to Ronda Winnecour and mailed, with a copy of this Order to "P.O. Box 2587 Pittsburgh PA 15230," a lump sum of $9,523.51, which is to be treated as additional plan funding (i.e., not as a credit against the regular monthly plan payments). The lump sum payment will be used, after Trustee fees, to first pay Ms. Churby's timely filed sole and joint unsecured creditors up to 100%, with any surplus (as a result of prior distribution(s) to unsecured creditors out of the balance on hand from regular monthly plan payments) to be paid over to John C. Churby's unsecured creditors. For purposes of the implementation of this paragraph, Ms Churby's sole and joint creditors (and the claim amounts) have been identified as follows:

Claim # 19 Midland/Lowes $ 559.87
Claim # 18 Midland/Credit One $1,119.99
Claim # 17 Midland/Rural King $2,142.18
Claim # 14 Quantum/Amazon $ 866.63
Claim # 12 LVNV Resurgent/Calpital One $ 454.25
Claim # 11 Dell $ 809.60
Claim # 10 Merrick Bank $1,192.68
Claim # 7 PRA/Walmart $ 974.13
Claim # 6 Verizon $ 65.97
Claim # 5 Verizon $ 147.33
Claim # 1 Discover $1,190.88

      (2)    The Plan shall, and by agreement, must remain a 100% plan and monthly payments shall continue as and when due until Trustee has received sufficient funds to complete the plan goals, including a 100% distribution to all timely filed unsecured creditors.

      (3)    This consent order resolves issues pertaining to the Court's approval of the settlement, and the Motion to approve settlement as filed at Doc 71 is approved. The Hearing scheduled for March 16, 2022, is hereby cancelled as moot.

So Ordered, this __7th__ day of __March_____, 20_22___.

jsf

U.S. Bankruptcy Judge

Jeffery A. Deller

Consented to:

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Daniel R. White
Daniel R. White
P.O. Box 2123
Uniontown, PA 15401
Telephone:  724-439-9200
Email: dwhite@Zeblaw.com
**Attorney for Debtor(s)**

Page **3** of **3**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22967-JAD |
| John C. Churby | Chapter 13 |
| Sharon M. Churby | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 07, 2022 | Form ID: pdf900 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C. Churby, Sharon M. Churby, 7 Mountainside Way, Smithfield, PA 15478-1204 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| sp | + | Cynthia A. Howell, Robert Peirce & Associates, 707 Grant St., Suite 125, Pittsburgh, PA 15219-1909 |
| 14663600 | | Allied Interstate, P.O. Box 1954, Southgate, MI 48195-0954 |
| 14663601 | + | Allied Interstate, P.O. Box 361447, Columbus, OH 43236-1447 |
| 14663605 | | Atlantic Broadband, 120 Southmont Boulevard, Johnstown, PA 15905-4291 |
| 14663613 | ++++ | CENTRAL CREDIT SERVICES, INC., 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, Inc., 20 Corporate Hills Drive, Saint Charles, MO 63301-3749 |
| 14663615 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association, 13355 Noel Road--Suite 2100, Dallas, TX 75240 |
| 14676337 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14663619 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14663620 | | Encore Receivable Management, Inc., 400 North Rogers Road, P.O. Box 3330, Olathe, KS 66063-3330 |
| 14663624 | | Genpact Services, P.O. Box 1969, Southgate, MI 48195-0969 |
| 14663629 | | J.B. Robinson Jewelers, Attn: Bankruptcy, P.O. Box 1799, Akron, OH 44309-1799 |
| 14663631 | + | JH Portfolio Debt Equities, 5230 Las Bergenes Road--Suite 265, Calabasas, CA 91302-3448 |
| 14663630 | + | Jaffe & Asher, 2041 Springwood Road, York, PA 17403-4836 |
| 14663640 | + | Tri-State Dermatology, 2160 Springhill Furnace Road, Smithfield, PA 15478-1428 |
| 14663641 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2022 23:27:38 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Mar 07 2022 23:27:23 | Capital One Bank (USA) N.A. Cabela's Club Visa by, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 07 2022 23:27:32 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 07 2022 23:13:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14663604 | | Email/Text: g20956@att.com | | |

District/off: 0315-2                    User: auto                              Page 2 of 4
Date Rcvd: Mar 07, 2022              Form ID: pdf900                        Total Noticed: 66

|  |  | Mar 07 2022 23:14:00 | AT&T Mobility, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
|---|---|---|---|
| 14663602 | Email/Text: ally@ebn.phinsolutions.com | | |
|  |  | Mar 07 2022 23:13:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14663603 | Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Mar 07 2022 23:27:32 | Amazon.com/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14663606 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
|  |  | Mar 07 2022 23:27:37 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14663608 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
|  |  | Mar 07 2022 23:27:31 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14722200 | + Email/PDF: ebn_ais@aisinfo.com | | |
|  |  | Mar 07 2022 23:27:23 | CAPITAL ONE BANK (USA), N.A., Cabela's Club Visa by American Infosourc, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14663607 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
|  |  | Mar 07 2022 23:27:21 | Cabela's Club Visa/World's Foremost Bank, P.O. Box 82608, Lincoln, NE 68501-2608 |
| 14663609 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
|  |  | Mar 07 2022 23:27:22 | Capital One Retail Services/Polaris, P.O. Box 30257, Salt Lake City, UT 84130-0257 |
| 14663610 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
|  |  | Mar 07 2022 23:27:31 | Capital One Retail Services/Yamaha, P.O. Box 30257, Salt Lake City, UT 84130-0257 |
| 14690748 | + Email/Text: bankruptcy@flagshipcredit.com | | |
|  |  | Mar 07 2022 23:14:00 | CarFinance Capital, P.O. Box 3807, Coppell, Texas 75019-5877 |
| 14663611 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
|  |  | Mar 07 2022 23:27:12 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14663612 | + Email/Text: bankruptcy@cavps.com | | |
|  |  | Mar 07 2022 23:14:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14734247 | + Email/Text: bnc@bass-associates.com | | |
|  |  | Mar 07 2022 23:13:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14707400 | + Email/Text: bankruptcy@cavps.com | | |
|  |  | Mar 07 2022 23:14:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14663614 | Email/PDF: creditonebknotifications@resurgent.com | | |
|  |  | Mar 07 2022 23:27:12 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14663616 | Email/PDF: DellBKNotifications@resurgent.com | | |
|  |  | Mar 07 2022 23:27:23 | Dell Financial Services, Billing Inquiry Department, P.O. Box 81577, Austin, TX 78708-1577 |
| 14663617 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|  |  | Mar 07 2022 23:13:00 | DentalFirst Financing/Comenity Bank, P.O. Box 183043, Columbus, OH 43218-3043 |
| 14663618 | Email/Text: mrdiscen@discover.com | | |
|  |  | Mar 07 2022 23:13:00 | Discover, P.O. Box 30421, 5, Salt Lake City, UT 84130-0421 |
| 14666143 | Email/Text: mrdiscen@discover.com | | |
|  |  | Mar 07 2022 23:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14663621 | + Email/Text: bknotice@ercbpo.com | | |
|  |  | Mar 07 2022 23:14:00 | Enhanced Recovery, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14663622 | + Email/Text: bankruptcy@flagshipcredit.com | | |
|  |  | Mar 07 2022 23:14:00 | Flagship Credit Acceptance, P.O. Box 2070, Coppell, TX 75019-8001 |
| 14663623 | + Email/Text: bankruptcy@flagshipcredit.com | | |
|  |  | Mar 07 2022 23:14:00 | Flagship Credit Acceptance, P.O. Box 1419, Chadds Ford, PA 19317-0688 |
| 14663625 | + Email/Text: bankruptcy@affglo.com | | |
|  |  | Mar 07 2022 23:14:00 | Global Credit & Collection Corp., 5440 North Cumberland Avenue--Suite 300, Chicago, IL 60656-1486 |
| 14663627 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|  |  | Mar 07 2022 23:13:00 | HSN/Comenity Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |

District/off: 0315-2                          User: auto                                   Page 3 of 4
Date Rcvd: Mar 07, 2022                        Form ID: pdf900                          Total Noticed: 66

| | | | |
|---|---|---|---|
| 14663626 | Email/PDF: gecsedi@recoverycorp.com | Mar 07 2022 23:27:12 | Home Design/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14663628 | Email/PDF: gecsedi@recoverycorp.com | Mar 07 2022 23:27:12 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14663633 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 23:27:14 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14712005 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 23:27:14 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14709634 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2022 23:27:15 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14663632 | Email/PDF: gecsedi@recoverycorp.com | Mar 07 2022 23:27:12 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14707956 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2022 23:27:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14721689 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2022 23:14:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14663634 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2022 23:27:13 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14663635 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2022 23:14:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2709 |
| 15183855 | Email/Text: mtgbk@shellpointmtg.com | Mar 07 2022 23:13:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14663637 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2022 23:27:14 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14702920 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2022 23:27:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14664047 | + Email/PDF: rmscedi@recoverycorp.com | Mar 07 2022 23:27:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14713044 | Email/Text: bnc-quantum@quantum3group.com | Mar 07 2022 23:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14663638 | Email/PDF: gecsedi@recoverycorp.com | Mar 07 2022 23:27:23 | Rural King/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14663639 | Email/PDF: ais.sprint.ebn@aisinfo.com | Mar 07 2022 23:27:21 | Sprint, P.O. Box 8077, London, KY 40742 |
| 14697697 | Email/PDF: ebn_ais@aisinfo.com | Mar 07 2022 23:27:13 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14663642 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 07 2022 23:13:00 | Verizon, Attn: Bankruptcy, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14663643 | Email/PDF: gecsedi@recoverycorp.com | Mar 07 2022 23:27:33 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: pdf900 | Total Noticed: 66 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | Ditech Financial LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669387 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14708874 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14663636 | ##+ | North Shore Agency, Inc., 270 Spagnoli Road--Suite 110, Melville, NY 11747-3515 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2022                                           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com |
| Daniel R. White | on behalf of Joint Debtor Sharon M. Churby lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Spec. Counsel Cynthia A. Howell lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor John C. Churby lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9