IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 17-22967 JAD |
| | : | |
| John C. Churby and Sharon M. Churby | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date and Time: June 22, 2022 at 10:00 a.m. |
| | : | |
| Applicants, | : | Responses due: June 3, 2022 |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

## CERTIFICATION OF NO OBJECTION OF APPLICATION OF DANIEL R. WHITE AND ZEBLEY MEHALOV & WHITE FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTORS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtors filed on May 17, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than June 3, 2022.

It is hereby respectfully requested that the Order attached to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtors be entered by the Court.

Dated: June 6, 2022

ZEBLEY MEHALOV & WHITE, P.C.
By:

/s/ Daniel R. White
PA ID: 78718
Zebley Mehalov & White
18 Mill Street Square
Uniontown, PA 15401
724-439-9200
dwhite@zeblaw.com