IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| John C. Churby and Sharon M. Churby, | : | Case No. 17-22967 JAD |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| John C. Churby and Sharon M. Churby, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW come the Debtors, John C. Churby and Sharon M. Churby, by and through their counsel, Zebley Mehalov & White, and certifies under penalty of perjury that the following statements are true and correct:

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 6, 2022, at docket number 102 & 103, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by: Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: June 27, 2022

/s/ John C. Churby
Debtor

/s/ Sharon M. Churby
Joint Debtor

ZEBLEY MEHALOV & WHITE, P.C.

BY: /s/ Daniel R. White
     Daniel R. White, Esquire
     PA I.D. No. 78718
     P.O. Box 2123
     Uniontown, PA 15401
     724-439-9200
     dwhite@Zeblaw.com