**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John C. Churby**
**Sharon M. Churby**
Debtor(s)

Bankruptcy Case No.: 17−22967−JAD

Chapter: 13
Docket No.: 108 − 106

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

 **AND NOW,** this The 29th of June, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

 **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/22/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/31/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/22/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22967-JAD |
| John C. Churby | Chapter 13 |
| Sharon M. Churby | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 29, 2022 | Form ID: 408 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C. Churby, Sharon M. Churby, 7 Mountainside Way, Smithfield, PA 15478-1204 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| sp | + | Cynthia A. Howell, Robert Peirce & Associates, 707 Grant St., Suite 125, Pittsburgh, PA 15219-1909 |
| 14663601 | + | Allied Interstate, P.O. Box 361447, Columbus, OH 43236-1447 |
| 14663600 | | Allied Interstate, P.O. Box 1954, Southgate, MI 48195-0954 |
| 14663605 | | Atlantic Broadband, 120 Southmont Boulevard, Johnstown, PA 15905-4291 |
| 14663613 | ++++ | CENTRAL CREDIT SERVICES, INC., 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, Inc., 20 Corporate Hills Drive, Saint Charles, MO 63301-3749 |
| 14663615 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association, 13355 Noel Road--Suite 2100, Dallas, TX 75240 |
| 14676337 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14663619 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14663620 | | Encore Receivable Management, Inc., 400 North Rogers Road, P.O. Box 3330, Olathe, KS 66063-3330 |
| 14663624 | | Genpact Services, P.O. Box 1969, Southgate, MI 48195-0969 |
| 14663629 | | J.B. Robinson Jewelers, Attn: Bankruptcy, P.O. Box 1799, Akron, OH 44309-1799 |
| 14663631 | + | JH Portfolio Debt Equities, 5230 Las Bergenes Road--Suite 265, Calabasas, CA 91302-3448 |
| 14663630 | + | Jaffe & Asher, 2041 Springwood Road, York, PA 17403-4836 |
| 14663640 | + | Tri-State Dermatology, 2160 Springhill Furnace Road, Smithfield, PA 15478-1428 |
| 14663641 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 23:59:19 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 23:59:22 | Capital One Bank (USA) N.A. Cabela's Club Visa by, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bnc@bass-associates.com | Jun 29 2022 23:47:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 23:59:19 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 29 2022 23:47:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, |

| | | | | |
|---|---|---|---|---|
| | | | | Duluth, GA 30097-8461 |
| 14663604 | | Email/Text: g20956@att.com | Jun 29 2022 23:47:00 | AT&T Mobility, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 14663602 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 23:47:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14663603 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:20 | Amazon.com/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14663606 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 23:59:29 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14663608 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:19 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14722200 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 23:59:28 | CAPITAL ONE BANK (USA), N.A., Cabela's Club Visa by American Infosourc, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14663607 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:19 | Cabela's Club Visa/World's Foremost Bank, P.O. Box 82608, Lincoln, NE 68501-2608 |
| 14663609 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:19 | Capital One Retail Services/Polaris, P.O. Box 30257, Salt Lake City, UT 84130-0257 |
| 14663610 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:26 | Capital One Retail Services/Yamaha, P.O. Box 30257, Salt Lake City, UT 84130-0257 |
| 14690748 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 29 2022 23:47:00 | CarFinance Capital, P.O. Box 3807, Coppell, Texas 75019-5877 |
| 14663611 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2022 23:59:19 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14663612 | + | Email/Text: bankruptcy@cavps.com | Jun 29 2022 23:47:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14734247 | + | Email/Text: bnc@bass-associates.com | Jun 29 2022 23:47:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14707400 | + | Email/Text: bankruptcy@cavps.com | Jun 29 2022 23:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14663614 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2022 23:59:20 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14663616 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 29 2022 23:59:15 | Dell Financial Services, Billing Inquiry Department, P.O. Box 81577, Austin, TX 78708-1577 |
| 14663617 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 23:47:00 | DentalFirst Financing/Comenity Bank, P.O. Box 183043, Columbus, OH 43218-3043 |
| 14663618 | | Email/Text: mrdiscen@discover.com | Jun 29 2022 23:47:00 | Discover, P.O. Box 30421, 5, Salt Lake City, UT 84130-0421 |
| 14666143 | | Email/Text: mrdiscen@discover.com | Jun 29 2022 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14663621 | + | Email/Text: bknotice@ercbpo.com | Jun 29 2022 23:47:00 | Enhanced Recovery, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14663622 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 29 2022 23:47:00 | Flagship Credit Acceptance, P.O. Box 2070, Coppell, TX 75019-8001 |
| 14663623 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 29 2022 23:47:00 | Flagship Credit Acceptance, P.O. Box 1419, Chadds Ford, PA 19317-0688 |
| 14663625 | + | Email/Text: bankruptcy@affglo.com | Jun 29 2022 23:47:00 | Global Credit & Collection Corp., 5440 North Cumberland Avenue--Suite 300, Chicago, IL 60656-1486 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 408 | Total Noticed: 66 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| 14663627 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 23:47:00 | HSN/Comenity Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 14663626 | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:20 | Home Design/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14663628 | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:14 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14663633 + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 23:59:15 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14712005 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 23:59:22 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14709634 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 23:59:15 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14663632 | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:19 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14707956 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2022 23:59:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14721689 + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 23:47:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14663634 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2022 23:59:18 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14663635 + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 23:47:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 15183855 | Email/Text: mtgbk@shellpointmtg.com | Jun 29 2022 23:47:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14663637 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 23:59:28 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14702920 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 23:59:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14664047 + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 23:59:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14713044 | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 23:47:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14663638 | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:13 | Rural King/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14663639 | Email/PDF: ais.sprint.ebn@aisinfo.com | Jun 29 2022 23:59:18 | Sprint, P.O. Box 8077, London, KY 40742 |
| 14697697 | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 23:59:15 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14663642 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 23:47:00 | Verizon, Attn: Bankruptcy, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14663643 | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:14 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 49

Case 17-22967-JAD    Doc 110    Filed 07/01/22    Entered 07/02/22 00:26:10    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 408 | Total Noticed: 66 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | Ditech Financial LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669387 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14708874 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14663636 | ##+ | North Shore Agency, Inc., 270 Spagnoli Road--Suite 110, Melville, NY 11747-3515 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com |
| Daniel R. White | on behalf of Joint Debtor Sharon M. Churby lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Spec. Counsel Cynthia A. Howell lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor John C. Churby lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9