**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN C. CHURBY<br>SHARON M. CHURBY<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-22967 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

June 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/21/2017 and confirmed on 9/7/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

|  |  |  |
|---|---:|---:|
| Total Receipts |  | 184,423.51 |
| Less Refunds to Debtor | 0.00 |  |
| TOTAL AMOUNT OF PLAN FUND |  | 184,423.51 |
| Administrative Fees |  |  |
|   Filing Fee | 0.00 |  |
|   Notice Fee | 0.00 |  |
|   Attorney Fee | 9,091.46 |  |
|   Trustee Fee | 8,228.28 |  |
|   Court Ordered Automotive Insurance | 0.00 |  |
| TOTAL ADMINISTRATIVE FEES |  | 17,319.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** |  |  |  |  |
|   NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 60,306.92 | 0.00 | 60,306.92 |
|     Acct: 2664 |  |  |  |  |
|   NEW RESIDENTIAL MORTGAGE LLC | 1,848.65 | 1,848.65 | 0.00 | 1,848.65 |
|     Acct: 2664 |  |  |  |  |
|   CAVALRY SPV I LLC - ASSIGNEE** | 12,000.00 | 12,000.00 | 1,765.02 | 13,765.02 |
|     Acct: 6101 |  |  |  |  |
|   CAVALRY SPV I LLC - ASSIGNEE** | 7,592.00 | 7,592.00 | 941.32 | 8,533.32 |
|     Acct: 5726 |  |  |  |  |
|   ALLY FINANCIAL(*) | 30,482.34 | 30,482.34 | 4,709.35 | 35,191.69 |
|     Acct: 4776 |  |  |  |  |
|   CARFINANCE CAPITAL | 17,420.43 | 17,420.43 | 2,356.15 | 19,776.58 |
|     Acct: 7915 |  |  |  |  |
|  |  |  |  | 139,422.18 |
| **Priority** |  |  |  |  |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: |  |  |  |  |
|   JOHN C. CHURBY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: |  |  |  |  |
|   ZEBLEY MEHALOV & WHITE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: |  |  |  |  |
|   DANIEL R WHITE ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: |  |  |  |  |
|   ZEBLEY MEHALOV & WHITE PC | 6,091.46 | 6,091.46 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-22 |  |  |  |  |
|   EXETER FINANCE LLC(*) | 0.00 | 7,498.05 | 0.00 | 7,498.05 |
|     Acct: 0539 |  |  |  |  |
|  |  |  |  | 7,498.05 |
| **Unsecured** |  |  |  |  |
|   QUANTUM3 GROUP LLC AGNT - MOMA Fl | 866.63 | 866.63 | 0.00 | 866.63 |
|     Acct: 3847 |  |  |  |  |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8871 |  |  |  |  |
|   AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9364 | | | | |
| | ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7485 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,745.83 | 1,745.83 | 0.00 | 1,745.83 |
| | Acct: 5314 | | | | |
| | CAPITAL ONE BANK USA NA - CABELAS V | 3,653.63 | 3,653.63 | 0.00 | 3,653.63 |
| | Acct: 7127 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 454.25 | 454.25 | 0.00 | 454.25 |
| | Acct: 7644 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,819.41 | 1,819.41 | 0.00 | 1,819.41 |
| | Acct: 4664 | | | | |
| | MIDLAND FUNDING LLC | 1,119.99 | 1,119.99 | 0.00 | 1,119.99 |
| | Acct: 8271 | | | | |
| | DELL FINANCIAL SERVICES LLC | 809.60 | 809.60 | 0.00 | 809.60 |
| | Acct: 6125 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2903 | | | | |
| | DISCOVER BANK(*) | 1,190.88 | 1,190.88 | 0.00 | 1,190.88 |
| | Acct: 4980 | | | | |
| | FLAGSHIP CREDIT ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | MIDLAND FUNDING LLC | 1,626.50 | 1,626.50 | 0.00 | 1,626.50 |
| | Acct: 2221 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0414 | | | | |
| | MIDLAND FUNDING LLC | 331.12 | 331.12 | 0.00 | 331.12 |
| | Acct: 4373 | | | | |
| | JB ROBINSON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2396 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 564.03 | 564.03 | 0.00 | 564.03 |
| | Acct: 9428 | | | | |
| | MIDLAND FUNDING LLC | 559.87 | 559.87 | 0.00 | 559.87 |
| | Acct: 0828 | | | | |
| | MERRICK BANK | 1,192.68 | 1,192.68 | 0.00 | 1,192.68 |
| | Acct: 3948 | | | | |
| | MIDLAND FUNDING LLC | 2,142.18 | 2,142.18 | 0.00 | 2,142.18 |
| | Acct: 9685 | | | | |
| | SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TRI STATE DERMATOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2050 | | | | |
| | UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7770 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 147.33 | 147.33 | 0.00 | 147.33 |
| | Acct: 3004 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 974.13 | 974.13 | 0.00 | 974.13 |
| | Acct: 3192 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 527.43 | 527.43 | 0.00 | 527.43 |
| | Acct: 9290 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 65.97 | 65.97 | 0.00 | 65.97 |
| | Acct: 3756 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE** | 163.30 | 163.30 | 0.00 | 163.30 |
| | Acct: 6101 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE** | 228.78 | 228.78 | 0.00 | 228.78 |
| | Acct: 5726 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3847 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CARSON SMITHFIELD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3948 | | | | |
| | CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9428 | | | | |
| | CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9290 | | | | |
| | CENTRAL CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1375 | | | | |
| | CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8411 | | | | |
| | ENCORE RECOVERY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2471 | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9364 | | | | |
| | GENPACT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0152 | | | | |
| | GLOBAL CREDIT & COLLECTION CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4177 | | | | |
| | JAFFE AND ASHER LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2016 | | | | |
| | JH PORTFOLIO DEBT EQUITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8895 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4664 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7644 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2751 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7952 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7952 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5392 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9563 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3592 | | | | |
| | NORTH SHORE AGENCY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3192 | | | | |
| | | | | | 20,183.54 |

TOTAL PAID TO CREDITORS                                                        167,103.77

```
TOTAL CLAIMED
  PRIORITY              0.00
  SECURED          69,343.42
  UNSECURED        20,183.54
```

Date: 06/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JOHN C. CHURBY
   SHARON M. CHURBY
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:17-22967 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22967-JAD |
| John C. Churby | Chapter 13 |
| Sharon M. Churby | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C. Churby, Sharon M. Churby, 7 Mountainside Way, Smithfield, PA 15478-1204 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| sp | + | Cynthia A. Howell, Robert Peirce & Associates, 707 Grant St., Suite 125, Pittsburgh, PA 15219-1909 |
| 14663601 | + | Allied Interstate, P.O. Box 361447, Columbus, OH 43236-1447 |
| 14663600 | | Allied Interstate, P.O. Box 1954, Southgate, MI 48195-0954 |
| 14663605 | | Atlantic Broadband, 120 Southmont Boulevard, Johnstown, PA 15905-4291 |
| 14663613 | ++++ | CENTRAL CREDIT SERVICES, INC., 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, Inc., 20 Corporate Hills Drive, Saint Charles, MO 63301-3749 |
| 14663615 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association, 13355 Noel Road--Suite 2100, Dallas, TX 75240 |
| 14676337 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14663619 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14663620 | | Encore Receivable Management, Inc., 400 North Rogers Road, P.O. Box 3330, Olathe, KS 66063-3330 |
| 14663624 | | Genpact Services, P.O. Box 1969, Southgate, MI 48195-0969 |
| 14663629 | | J.B. Robinson Jewelers, Attn: Bankruptcy, P.O. Box 1799, Akron, OH 44309-1799 |
| 14663631 | + | JH Portfolio Debt Equities, 5230 Las Bergenes Road--Suite 265, Calabasas, CA 91302-3448 |
| 14663630 | + | Jaffe & Asher, 2041 Springwood Road, York, PA 17403-4836 |
| 14663640 | + | Tri-State Dermatology, 2160 Springhill Furnace Road, Smithfield, PA 15478-1428 |
| 14663641 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 23:59:13 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 23:59:14 | Capital One Bank (USA) N.A. Cabela's Club Visa by, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bnc@bass-associates.com | Jun 29 2022 23:47:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2022 23:59:27 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 29 2022 23:47:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, |

| | | | | |
|---|---|---|---|---|
| | | | | Duluth, GA 30097-8461 |
| 14663604 | | Email/Text: g20956@att.com | Jun 29 2022 23:47:00 | AT&T Mobility, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 14663602 | | Email/Text: ally@ebn.phinsolutions.com | Jun 29 2022 23:47:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14663603 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:19 | Amazon.com/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14663606 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 23:59:23 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14663608 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:19 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14722200 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 23:59:16 | CAPITAL ONE BANK (USA), N.A., Cabela's Club Visa by American Infosourc, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14663607 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:26 | Cabela's Club Visa/World's Foremost Bank, P.O. Box 82608, Lincoln, NE 68501-2608 |
| 14663609 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:13 | Capital One Retail Services/Polaris, P.O. Box 30257, Salt Lake City, UT 84130-0257 |
| 14663610 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 23:59:19 | Capital One Retail Services/Yamaha, P.O. Box 30257, Salt Lake City, UT 84130-0257 |
| 14690748 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 29 2022 23:47:00 | CarFinance Capital, P.O. Box 3807, Coppell, Texas 75019-5877 |
| 14663611 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2022 23:59:18 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14663612 | + | Email/Text: bankruptcy@cavps.com | Jun 29 2022 23:47:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14734247 | + | Email/Text: bnc@bass-associates.com | Jun 29 2022 23:47:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14707400 | + | Email/Text: bankruptcy@cavps.com | Jun 29 2022 23:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14663614 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2022 23:59:14 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14663616 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 29 2022 23:59:15 | Dell Financial Services, Billing Inquiry Department, P.O. Box 81577, Austin, TX 78708-1577 |
| 14663617 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 23:47:00 | DentalFirst Financing/Comenity Bank, P.O. Box 183043, Columbus, OH 43218-3043 |
| 14663618 | | Email/Text: mrdiscen@discover.com | Jun 29 2022 23:47:00 | Discover, P.O. Box 30421, 5, Salt Lake City, UT 84130-0421 |
| 14666143 | | Email/Text: mrdiscen@discover.com | Jun 29 2022 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14663621 | + | Email/Text: bknotice@ercbpo.com | Jun 29 2022 23:47:00 | Enhanced Recovery, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14663622 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 29 2022 23:47:00 | Flagship Credit Acceptance, P.O. Box 2070, Coppell, TX 75019-8001 |
| 14663623 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 29 2022 23:47:00 | Flagship Credit Acceptance, P.O. Box 1419, Chadds Ford, PA 19317-0688 |
| 14663625 | + | Email/Text: bankruptcy@affglo.com | Jun 29 2022 23:47:00 | Global Credit & Collection Corp., 5440 North Cumberland Avenue--Suite 300, Chicago, IL 60656-1486 |

Case 17-22967-JAD   Doc 111   Filed 07/01/22   Entered 07/02/22 00:26:10   Desc
Imaged Certificate of Notice   Page 9 of 10

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| 14663627 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 23:47:00 | HSN/Comenity Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 14663626 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:19 | Home Design/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14663628 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:14 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14663633 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 23:59:22 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14712005 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 23:59:15 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14709634 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 23:59:15 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14663632 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:19 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14707956 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2022 23:59:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14721689 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 23:47:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14663634 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2022 23:59:19 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14663635 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 23:47:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 15183855 | | Email/Text: mtgbk@shellpointmtg.com | Jun 29 2022 23:47:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14663637 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 23:59:14 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14702920 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 23:59:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14664047 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 23:59:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14713044 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 23:47:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14663638 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:14 | Rural King/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14663639 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jun 29 2022 23:59:18 | Sprint, P.O. Box 8077, London, KY 40742 |
| 14697697 | | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2022 23:59:15 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14663642 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 29 2022 23:47:00 | Verizon, Attn: Bankruptcy, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14663643 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 23:59:20 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 49

Case 17-22967-JAD    Doc 111    Filed 07/01/22    Entered 07/02/22 00:26:10    Desc
Imaged Certificate of Notice    Page 10 of 10

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 66 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | Ditech Financial LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669387 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14708874 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14663636 | ##+ | North Shore Agency, Inc., 270 Spagnoli Road--Suite 110, Melville, NY 11747-3515 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com |
| Daniel R. White | on behalf of Joint Debtor Sharon M. Churby lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Spec. Counsel Cynthia A. Howell lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor John C. Churby lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9