| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John C. Churby<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6285<br>EIN  \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | Sharon M. Churby<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7915<br>EIN  \_\_–_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  17-22967-JAD | | |

## Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John C. Churby                                Sharon M. Churby

<u>8/23/22</u>                                **By the court:** <u>Jeffery A. Deller</u>
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                          **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John C. Churby  
Sharon M. Churby  
    Debtors

Case No. 17-22967-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5  
Date Rcvd: Aug 23, 2022     Form ID: 3180W     Total Noticed: 68

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C. Churby, Sharon M. Churby, 7 Mountainside Way, Smithfield, PA 15478-1204 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| sp | + | Cynthia A. Howell, Robert Peirce & Associates, 707 Grant St., Suite 125, Pittsburgh, PA 15219-1909 |
| 14663601 | + | Allied Interstate, P.O. Box 361447, Columbus, OH 43236-1447 |
| 14663600 | | Allied Interstate, P.O. Box 1954, Southgate, MI 48195-0954 |
| 14663605 | | Atlantic Broadband, 120 Southmont Boulevard, Johnstown, PA 15905-4291 |
| 14663613 | ++++ | CENTRAL CREDIT SERVICES, INC., 2070 LITTLE HILLS EXPY, SAINT CHARLES MO 63301-3708 address filed with court:, Central Credit Services, Inc., 20 Corporate Hills Drive, Saint Charles, MO 63301-3749 |
| 14663615 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association, 13355 Noel Road--Suite 2100, Dallas, TX 75240 |
| 14676337 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14663619 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14663620 | | Encore Receivable Management, Inc., 400 North Rogers Road, P.O. Box 3330, Olathe, KS 66063-3330 |
| 14663624 | | Genpact Services, P.O. Box 1969, Southgate, MI 48195-0969 |
| 14663629 | | J.B. Robinson Jewelers, Attn: Bankruptcy, P.O. Box 1799, Akron, OH 44309-1799 |
| 14663631 | + | JH Portfolio Debt Equities, 5230 Las Bergenes Road--Suite 265, Calabasas, CA 91302-3448 |
| 14663630 | + | Jaffe & Asher, 2041 Springwood Road, York, PA 17403-4836 |
| 14663640 | + | Tri-State Dermatology, 2160 Springhill Furnace Road, Smithfield, PA 15478-1428 |
| 14663641 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 24 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Aug 24 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2022 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | | |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| cr | + EDI: AIS.COM | Aug 24 2022 03:38:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: BASSASSOC.COM | Aug 24 2022 03:38:00 | Capital One Bank (USA) N.A. Cabela's Club Visa by, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + EDI: AISACG.COM | Aug 24 2022 03:38:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Suite #200, Tucson, AZ 85712-1083 |
| cr | + Email/Text: RASEBN@raslg.com | Aug 24 2022 03:38:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| | | Aug 23 2022 23:38:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14663604 | EDI: CINGMIDLAND.COM | Aug 24 2022 03:38:00 | AT&T Mobility, P.O. Box 10330, Fort Wayne, IN 46851-0330 |
| 14663602 | EDI: GMACFS.COM | Aug 24 2022 03:38:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 14663603 | EDI: RMSC.COM | Aug 24 2022 03:38:00 | Amazon.com/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14663606 | + EDI: CITICORP.COM | Aug 24 2022 03:38:00 | Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14663608 | EDI: CAPITALONE.COM | Aug 24 2022 03:38:00 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14722200 | + EDI: AIS.COM | Aug 24 2022 03:38:00 | CAPITAL ONE BANK (USA), N.A., Cabela's Club Visa by American Infosourc, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14663607 | EDI: CAPITALONE.COM | Aug 24 2022 03:38:00 | Cabela's Club Visa/World's Foremost Bank, P.O. Box 82608, Lincoln, NE 68501-2608 |
| 14663609 | EDI: CAPITALONE.COM | Aug 24 2022 03:38:00 | Capital One Retail Services/Polaris, P.O. Box 30257, Salt Lake City, UT 84130-0257 |
| 14663610 | EDI: CAPITALONE.COM | Aug 24 2022 03:38:00 | Capital One Retail Services/Yamaha, P.O. Box 30257, Salt Lake City, UT 84130-0257 |
| 14690748 | + Email/Text: bankruptcy@flagshipcredit.com | Aug 23 2022 23:38:00 | CarFinance Capital, P.O. Box 3807, Coppell, Texas 75019-5877 |
| 14663611 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 23 2022 23:44:56 | Carson Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14663612 | + Email/Text: bankruptcy@cavps.com | Aug 23 2022 23:38:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14734247 | + EDI: BASSASSOC.COM | Aug 24 2022 03:38:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14707400 | + Email/Text: bankruptcy@cavps.com | Aug 23 2022 23:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14663614 | Email/PDF: creditonebknotifications@resurgent.com | Aug 23 2022 23:44:51 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14663616 | Email/PDF: DellBKNotifications@resurgent.com | Aug 23 2022 23:45:02 | Dell Financial Services, Billing Inquiry Department, P.O. Box 81577, Austin, TX 78708-1577 |
| 14663617 | EDI: WFNNB.COM | Aug 24 2022 03:38:00 | DentalFirst Financing/Comenity Bank, P.O. Box 183043, Columbus, OH 43218-3043 |
| 14663618 | EDI: DISCOVER.COM | Aug 24 2022 03:38:00 | Discover, P.O. Box 30421, 5, Salt Lake City, UT |

Case 17-22967-JAD    Doc 115    Filed 08/25/22    Entered 08/26/22 00:24:18    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 23, 2022 | Form ID: 3180W | Total Noticed: 68 |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| 14666143 | EDI: DISCOVER.COM | Aug 24 2022 03:38:00 | 84130-0421<br>Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14663621 | + Email/Text: bknotice@ercbpo.com | Aug 23 2022 23:38:00 | Enhanced Recovery, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 14663622 | + Email/Text: bankruptcy@flagshipcredit.com | Aug 23 2022 23:38:00 | Flagship Credit Acceptance, P.O. Box 2070, Coppell, TX 75019-8001 |
| 14663623 | + Email/Text: bankruptcy@flagshipcredit.com | Aug 23 2022 23:38:00 | Flagship Credit Acceptance, P.O. Box 1419, Chadds Ford, PA 19317-0688 |
| 14663625 | + Email/Text: bankruptcy@affglo.com | Aug 23 2022 23:38:00 | Global Credit & Collection Corp., 5440 North Cumberland Avenue--Suite 300, Chicago, IL 60656-1486 |
| 14663627 | EDI: WFNNB.COM | Aug 24 2022 03:38:00 | HSN/Comenity Bank, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 14663626 | EDI: RMSC.COM | Aug 24 2022 03:38:00 | Home Design/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14663628 | EDI: RMSC.COM | Aug 24 2022 03:38:00 | J C Penney/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14663633 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2022 23:45:03 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14712005 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2022 23:44:52 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14709634 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2022 23:44:52 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14663632 | EDI: RMSC.COM | Aug 24 2022 03:38:00 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14707956 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 23 2022 23:44:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14721689 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2022 23:38:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14663634 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 23 2022 23:44:51 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14663635 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2022 23:38:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |
| 15183855 | Email/Text: mtgbk@shellpointmtg.com | Aug 23 2022 23:38:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14663637 | EDI: PRA.COM | Aug 24 2022 03:38:00 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14702920 | EDI: PRA.COM | Aug 24 2022 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14664047 | + EDI: RECOVERYCORP.COM | Aug 24 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14713044 | EDI: Q3G.COM | Aug 24 2022 03:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14663638 | EDI: RMSC.COM | Aug 24 2022 03:38:00 | Rural King/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965061, |

Case 17-22967-JAD   Doc 115   Filed 08/25/22   Entered 08/26/22 00:24:18   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 23, 2022 | Form ID: 3180W | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5061 |
| 14663639 | | EDI: AISSPRINT | Aug 24 2022 03:38:00 | Sprint, P.O. Box 8077, London, KY 40742 |
| 14697697 | | EDI: AIS.COM | Aug 24 2022 03:38:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14663642 | + | EDI: VERIZONCOMB.COM | Aug 24 2022 03:38:00 | Verizon, Attn: Bankruptcy, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14663643 | | EDI: RMSC.COM | Aug 24 2022 03:38:00 | Walmart/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | Ditech Financial LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14669387 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14708874 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14663636 | ##+ | North Shore Agency, Inc., 270 Spagnoli Road--Suite 110, Melville, NY 11747-3515 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Aug 23, 2022 | Form ID: 3180W | Total Noticed: 68

Daniel R. White
    on behalf of Joint Debtor Sharon M. Churby lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
    on behalf of Spec. Counsel Cynthia A. Howell lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
    on behalf of Debtor John C. Churby lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10